

**08 CV 5594**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FEDERAL ARAB MARITIME COMPANY,

           1:08-cv-_____

    Plaintiff(s),

  -against-                RULE 7.1 STATEMENT

INTERGATE AG,

    Defendant(s).
------------------------------------X

    PLEASE TAKE NOTICE that GARTH S. WOLFSON of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, FEDERAL ARAB MARITIME COMPANY ("FAMCO"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of FAMCO.

Dated:    New York, NY
          June 20, 2008

                            Respectfully submitted,

                            MAHONEY & KEANE, LLP
                            Attorneys for Plaintiff
                            FEDERAL ARAB MARITIME COMPANY

By: _____
    Garth S. Wolfson (GW 7700)
    11 Hanover Square, Tenth Floor
    New York, NY 10006
    Tel. (212) 385-1422
    Fax (212) 385-1605
    <u>File No. 12/3588/B/08/5</u>