```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
FEDERAL ARAB MARITIME COMPANY,
                                              08 Civ. 5594 (RMB)
                Plaintiff,
                                              NOTICE OF VOLUNTARY
        -against-                             DISMISSAL WITHOUT
                                                   PREJUDICE
INTERGATE AG,

                Defendant.
-----------------------------------X
```

PLEASE TAKE NOTICE, that Plaintiff hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

**The Clerk is respectfully requested to close this case.**

Dated:   New York, NY
         July 11, 2008

Respectfully submitted,

MAHONEY & KEANE, LLP
Attorneys for Plaintiff

By: _____
    Garth S. Wolfson (GW 7700)
    11 Hanover Square, Tenth Floor
    New York, New York 10005
    Tel. (212) 385-1422
    Fax. (212) 385-1605
    File No. 12/3562/B/08/4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

RMB
U.S.D.J.
7/14/08